Memorandum. Before an employee of the unified court system may seek judicial relief, he must exhaust whatever administrative remedies have been made available to him
 
 (Matter of Kalichstein v McCoy,
 
 23 NY2d 978, 980). Since petitioner had not exhausted his available remedy under 22 NYCRR 25.5, the court below properly dismissed this article 78 proceeding in the nature of mandamus. Moreover, the extraordinary remedy is available only when there is a clear legal right and is still subject to the exercise of discretion by the courts below, which this court might or might not have the power to review.
 

 
 *934
 
 Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur; Chief Judge Breitel taking no part.
 

 Order affirmed, without costs, in a memorandum.